Justin S. Hepworth, Esq. (SBN 10080)
Alexandria L. Layton, Esq. (SBN 14228)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: jhepworth@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendants The Coleman Company, Inc. and Newell Brands Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN PORTER STUBBS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE COLEMAN COMPANY, INC., a foreign corporation; NEWELL BRANDS INC., a foreign corporation; DOES I through XX; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-02090-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS *WITHOUT PREJUDICE* NEWELL BRANDS INC. AND PLAINTIFF'S PUNITIVE DAMAGES CLAIMS** |

IT IS HEREBY STIPULATED by and between Plaintiff Stephen Porter Stubbs ("Plaintiff") and Defendants The Coleman Company, Inc. and Newell Brands Inc. (collectively "Coleman Defendants"), through their undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a), that Plaintiff's Complaint be dismissed in its entirety *without prejudice* as to Defendant Newell Brands Inc. *only*, with each party to bear its own costs and attorneys' fees. Plaintiff reserves the right to file a motion to add Defendant Newell Brands Inc. back into the case should the discovery process present evidence that the entity allegedly bears responsibility for the subject incident.

IT IS FURTHER STIPULATED by the parties that the punitive damages claims asserted in Plaintiff's Complaint shall be dismissed *without prejudice* as to both Coleman Defendants with each party to bear its own costs and attorneys' fees. Plaintiff reserves the right to file a motion to

add punitive damages claims back into the case should the discovery process present alleged evidence of oppression, fraud and/or malice.

IT IS FURTHER STIPULATED by the parties that the Coleman Defendants' Motion to Dismiss [Dkt. No. 3] is rendered moot by this stipulation and is hereby withdrawn.

| | |
|---|---|
| DATED: April 1, 2022 | DATED: April 1, 2022 |
| **CLEAR COUNSEL LAW GROUP** | **EVANS FEARS & SCHUTTERT LLP** |
| */s/ Dustin E. Birch* <br> Jared R. Richards, Esq. <br> Nevada Bar No. 11254 <br> Dustin E. Birch, Esq. <br> Nevada Bar No. 10517 <br> 1671 W. Horizon Ridge Pkwy, Suite 200 <br> Henderson, Nevada 89012 | */s/ Alexandria L. Layton* <br> Justin S. Hepworth, Esq. <br> Nevada Bar No. 10080 <br> Alexandria L. Layton, Esq. <br> Nevada Bar No. 14228 <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, NV 89119 |
| *Attorneys for Plaintiff Stephen Porter Stubbs* | *Attorneys for Defendants The Coleman Company, Inc. and Newell Brands Inc.* |

## ORDER

BASED ON THE STIPULATION HEREIN AND GOOD CAUSE APPEARNING, IT IS HEREBY ORDERED that Defendant Newell Brands Inc. shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that Plaintiff reserves the right to file a motion to add Newell Brands Inc. back into the case should the discovery process present evidence that the entity allegedly bears responsibility for the subject incident.

IT IS FURTHER ORDERED that the punitive damages claims asserted in Plaintiff's Complaint shall be dismissed without prejudice as to both Coleman Defendants.

IT IS FURTHER ORDERED that Plaintiff reserves the right to file a motion to add punitive damages claims back into the case should the discovery process present alleged evidence of oppression, fraud and/or malice.

IT IS FURTHER ORDERED that the Coleman Defendants' Motion to Dismiss [Dkt. No. 3] is rendered moot by this stipulation and is hereby withdrawn. Pursuant to NRCP 12(a)(4)(A),

1  The Coleman Company, Inc. shall have 14 days from entry of this stipulation and order to file a
2  responsive pleading.
3     IT IS FURTHER ORDERED that each side shall bear their own attorneys' fees and costs
4  for this dismissal without prejudice.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated:  April 1, 2022